# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Raul DEL VILLAR,<br><br>　　　　　　Defendant. | Case No.:  **23-mj-2714-BLM**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about September 14, 2023, within the Southern District of California, Raul DEL VILLAR did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Christopher Villanueva
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 15th day of September 2023.

_____
Hon. Barbara L. Major
United States Magistrate Judge

## STATEMENT OF FACTS

On September 14, 2023, at approximately 09:00 PM, Raul DEL VILLAR, ("DEL VILLAR"), a United States citizen, applied for entry into the United States from Mexico through the Otay Mesa POE in vehicle lane #4. DEL VILLAR was the driver of a 2015 Dodge Caravan ("the vehicle") bearing California license plates.

A Canine Enforcement Team was conducting pre-primary operations when the Human and Narcotic Detection Dog alerted to the rear quarter panel of the vehicle.

A Customs and Border Protection Officer received two negative Customs declarations from DEL VILLAR. DEL VILLAR stated he was crossing the border to go to San Diego, California.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in both rear quarter panels of the vehicle.

Further inspection of the vehicle resulted in the discovery of 125 packages of methamphetamine concealed in the left and right quarter panels, back of the middle row seats, and dashboard of the vehicle, with a total approximate weight of 60.78 kgs (133.99 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

1

DEL VILLAR was placed under arrest at approximately 09:52 PM.

During a post-Miranda interview, DEL VILLAR admitted that he was going to be paid an undisclosed amount of USD to smuggle the narcotics into the United States. DEL VILLAR said he knew there were narcotics in the vehicle before he crossed the Mexico and United States border. DEL VILLAR said he was going to drive the narcotics into the United States and later be contacted from an individual known as "Guero" to receive instructions of where to deliver the methamphetamine.

DEL VILLAR was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.